IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| BALTIMORE AIRCOIL COMPANY, INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. CCB-14-1525 |
| v. | ) | |
| | ) | **Jury Trial Demanded** |
| SANDERSON FARMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## BALTIMORE AIRCOIL COMPANY, INC.'S MOTION TO CONSOLIDATE CASES

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and 35 U.S.C. § 299, Plaintiff Baltimore Aircoil Company, Inc. ("BAC") respectfully moves this Honorable Court to consolidate this action into Civil No. CCB-13-2053 ("the *SPX* Case"). Both cases involve the same accused products and will share numerous common issues of law and fact. Thus, the benefits of consolidation far outweigh any possible burdens on the parties or witnesses. Indeed, before this action was transferred to this Court, the parties agreed that, upon transfer to this Court, they would ask this Court to consolidate this action into the co-pending Civil No. CCB-13-2053. (Dkt. No. 10 at 1.) This Motion is based on the Memorandum in Support of Baltimore Aircoil Company, Inc.'s Motion to Consolidate Cases, filed concurrently herewith. Defendant Sanderson Farms, Inc. and Defendant Eagle Mountain International Church Inc., d/b/a Kenneth Copeland Ministries have indicated that they do not oppose consolidation if this case moves forward, but that they intend to move to stay themselves from the lawsuit.

1

Dated: July 25, 2014                                Respectfully submitted,

<u>*/s/ Jeffrey A. Wolfson*</u>
Jeffrey A. Wolfson
MD Bar No. 18114
HAYNES AND BOONE, LLP
800 17th Street, NW
Suite 500
Washington, DC 20006-3962
Tel.: (202) 654-4565
Fax: (202) 654-4268
jeff.wolfson@haynesboone.com

***Attorney for Plaintiff Baltimore Aircoil Company, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2014, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Jeffrey A. Wolfson*
Jeffrey A. Wolfson